UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:  Case No. 17- 82963-CRJ13
Chapter 13

JERRY LYNN SCOTT
SSN: XXX-XX-2010
ROBIN MICHELLE SCOTT
SSN: XXX-XX-8322

        Debtors

# MOTION FOR APPROVAL
# OF USE OF POWER OF ATTORNEY IN FILING OF CASE
# AND FOR ATTENDANCE AT § 341 MEETING BY ATTORNEY IN FACT

1. Debtors' Chapter 13 petition was filed October 3, 2017.

2. Debtor, Robin Michelle Scott, suffers from fibromyalgia and back pain. She is confined to a wheelchair and exhibits anxiety and panic attacks under stressful situations.

3. Prior to the bankruptcy filing, Mrs. Scott signed a power of attorney nominating her husband, Jerry Lynn Scott, Co-debtor, as attorney in fact to attend to all bankruptcy matters, including the signing of pleadings and documents and to attend her § 341 meeting in her stead. Mr. Scott is familiar with Mrs. Scott's financial circumstances and can answer all questions which may arise. A copy of the power of attorney is attached and was filed with the bankruptcy petition.

4. The Chapter 13 Trustee requests that the Court approve the attendance at the meeting by the attorney in fact before the meeting is held. The scheduled date is October 31, 2017.

5. The Debtor's chapter 13 petition was also signed by the attorney in fact pursuant to the power of attorney. To the extent necessary, Debtor also requests that the Court approve, *nunc pro tunc*, the filing of the petition under these circumstances.

WHEREFORE, Debtors move the Court to approve the proposed attendance at their § 341 meeting for Mrs. Scott by and through her attorney in fact, Mr. Scott, and, to the extent necessary, approve, *nunc pro tunc,* the filing of their petition under signature by her attorney in fact, pursuant to her signed power of attorney.

/s/ Jack B. Sabatini
Jack B. Sabatini
Attorney for debtor(s)
108 South Side Square
Huntsville, AL 35801
(256) 534-4557
Fax (256) 534-7255
jsabatini@sabatinilaw.net

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by depositing a copy of same in the United States Mail, properly addressed and postage prepaid, this the 4th day of October, 2017:

Michele Hatcher
Chapter 13 trustee
P.O. Box 2388
Decatur, AL 35602

All creditors on clerk's certified matrix

/s/ Jack B. Sabatini
Jack B. Sabatini